UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LISA RICHLICH,

    Plaintiff,

v

SPECTRUM HEALTH SYSTEMS, INC., a Michigan
Not for Profit Corporation,

    Defendant.

CASE NO.  1:16-CV-1262

HON. ROBERT J. JONKER

| | |
|---|---|
| H. Rhett Pinsky (P18920)<br>PINSKY, SMITH, FAYETTE & KENNEDY, LLP<br>Attorneys for Plaintiff<br>146 Monroe Center St., NW - Suite 805<br>Grand Rapids, MI  49503<br>(616) 451-8496 | Brian J. Kilbane (P37134)<br>Rachael M. Roseman (P78917)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Defendant<br>100 Monroe Center NW<br>Grand Rapids, MI 49503-2802<br>(616) 774-8000 |

**ORDER**

    The Court having reviewed the Stipulation signed by counsel for the parties, and being otherwise advised in the premises:

    IT IS HEREBY ORDERED that the Settlement Conference scheduled for Monday, April 23, 2018 at 1:30 p.m., shall be adjourned and re-scheduled to Monday, October 29, 2018, Tuesday, October 30, 2018 or to a later date to be determined by the Court.

    IT IS SO ORDERED.

Dated:  April 10, 2018

/s/ Robert J. Jonker
Honorable Robert J. Jonker
Chief United States District Court Judge