UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LISA RICHLICH,**                         File No.   1:16-cv-1262

     **Plaintiff,**                               Hon. Robert J. Jonker

vs.

**SPECTRUM HEALTH SYSTEMS, INC.**
**a Michigan Not for Profit Corporation,**

     **Defendant.**

| | |
|---|---|
| H. Rhett Pinsky (P18920) | Brian J. Kilbane (P37134) |
| Pinsky, Smith, Fayette & Kennedy, LLP | Smith Haughey Rice Roegge |
| 146 Monroe Center St., NW - Suite 805 | 100 Monroe Center St., NW |
| Grand Rapids, MI 49503 | Grand Rapids, MI 49503 |
| (616) 451-8496 | (616) 458-0296 |
| Attorneys for Plaintiff | Attorneys for Defendant |

## STIPULATION OF DISMISSAL

The parties, by their respective attorneys, hereby stipulate to dismiss this case with prejudice and without costs to any party pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

                                 PINSKY, SMITH, FAYETTE & KENNEDY, LLP
                                 Attorneys for Plaintiff

Dated: August 22, 2018         By:   /s/ *H. Rhett Pinsky*
                                        H. Rhett Pinsky (P18920)
                                        146 Monroe Center, NW, Suite 805
                                        Grand Rapids, MI 49503
                                        (616) 451-8496

                                 SMITH HAUGHEY RICE & ROEGGE
                                 Attorneys for Defendant

Dated: August 22, 2018         By:   /s/ *Brian J. Kilbane*   **w/permission**
                                        Brian J. Kilbane (P37134)
                                        100 Monroe Center St., NW
                                        Grand Rapids, MI 49503
                                        (616) 458-0296